**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All cases.

MASTER DOCKET

18-md-2865 (LAK)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Dustin P. Smith of the law firm Hughes Hubbard & Reed

LLP hereby appears on behalf of Plaintiff Skatteforvaltningen, the Customs and Tax

Administration of the Kingdom of Denmark.  The undersigned hereby certifies that he is

admitted to practice before this Court.

Dated:  New York, New York
       December 27, 2019

HUGHES HUBBARD & REED LLP

By: /s/ Dustin P. Smith
Dustin P. Smith
One Battery Park Plaza
New York, New York  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*