# EXHIBIT I

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-cv-01785 |
| Albedo Management LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____09/21/2020_____          _____/s/ Alan E. Schoenfeld_____
                                        *Signature of the attorney or unrepresented party*

_____Avanix Management LLC_____          _____Alan E. Schoenfeld_____
*Printed name of party waiving service of summons*          *Printed name*
                                        WilmerHale
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        _____
                                        *Address*

                                        _____alan.schoenfeld@wilmerhale.com_____
                                        *E-mail address*

                                        _____(212) 295-6401_____
                                        *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Albedo Management LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.  19-cv-01785

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____09/21/2020____

Richard Markowitz
*Printed name of party waiving service of summons*

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Ballast Ventures LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01781

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   ____09/21/2020____

_____
Cavus Systems LLC
*Printed name of party waiving service of summons*

/s/ Alan E. Schoenfeld
_____
*Signature of the attorney or unrepresented party*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
_____
*Address*

alan.schoenfeld@wilmerhale.com
_____
*E-mail address*

(212) 295-6401
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Skatteforvaltningen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   19-cv-01781 |
| Ballast Ventures LLC Roth 401(K) Plan, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   _____09/21/2020_____

                                     /s/ Alan E. Schoenfeld
                         *Signature of the attorney or unrepresented party*

    Richard Markowitz
  *Printed name of party waiving service of summons*

                                    Alan E. Schoenfeld
                                   *Printed name*
                                   WilmerHale
                                   7 World Trade Center
                                   250 Greenwich Street
                                   New York, NY 10007
                                   *Address*

                          alan.schoenfeld@wilmerhale.com
                                   *E-mail address*

                                   (212) 295-6401
                                   *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bareroot Capital Investments LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01783

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   09/21/2020

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Richard Markowitz
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bareroot Capital Investments LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01783

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                05/15/2020                , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      09/21/2020

|  |  |
|---|---|
| | /s/ Alan E. Schoenfeld |
| | *Signature of the attorney or unrepresented party* |
| Routt Capital Trust | Alan E. Schoenfeld |
| *Printed name of party waiving service of summons* | *Printed name* |
| | WilmerHale |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | *Address* |
| | |
| | alan.schoenfeld@wilmerhale.com |
| | *E-mail address* |
| | |
| | (212) 295-6401 |
| | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| Skatteforvaltningen | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01922

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   09/21/2020

                                                           /s/ Alan E. Schoenfeld
                                           *Signature of the attorney or unrepresented party*

Richard Markowitz
*Printed name of party waiving service of summons*

                                                 Alan E. Schoenfeld
                                                   *Printed name*
                                                   WilmerHale
                                                   7 World Trade Center
                                                   250 Greenwich Street
                                                   New York, NY 10007
                                                   *Address*

                                   alan.schoenfeld@wilmerhale.com
                                                 *E-mail address*

                                      (212) 295-6401
                                               *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01922

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____09/21/2020_____

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Routt Capital Trust
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Eclouge Industry LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01870

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          05/15/2020          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        09/21/2020

                                                                                    /s/ Alan E. Schoenfeld
                                                                                    *Signature of the attorney or unrepresented party*

            Richard Markowitz                                       Alan E. Schoenfeld
*Printed name of party waiving service of summons*                  *Printed name*
                                                                                    WilmerHale
                                                                                    7 World Trade Center
                                                                                    250 Greenwich Street
                                                                                    New York, NY 10007
                                                                                    *Address*

                                                                                    alan.schoenfeld@wilmerhale.com
                                                                                    *E-mail address*

                                                                                    (212) 295-6401
                                                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Skatteforvaltningen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  19-cv-01870 |
| Eclouge Industry LLC Roth 401(K) Plan, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____09/21/2020_____

_____/s/ Alan E. Schoenfeld_____
*Signature of the attorney or unrepresented party*

_____Routt Capital Trust_____
*Printed name of party waiving service of summons*

_____Alan E. Schoenfeld_____
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Fairlie Investments LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01791

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        05/15/2020        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        09/21/2020

Hadron Industries LLC
*Printed name of party waiving service of summons*

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Fairlie Investments LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01791

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
_____
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   ____09/21/2020____

|  |  |
|---|---|
|  | /s/ Alan E. Schoenfeld |
|  | *Signature of the attorney or unrepresented party* |
| Richard Markowitz | Alan E. Schoenfeld |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | WilmerHale |
|  | 7 World Trade Center |
|  | 250 Greenwich Street |
|  | New York, NY 10007 |
|  | *Address* |
|  | alan.schoenfeld@wilmerhale.com |
|  | *E-mail address* |
|  | (212) 295-6401 |
|  | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| First Ascent Worldwide LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.  19-cv-01792

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____09/21/2020_____ 

_____/s/ Alan E. Schoenfeld_____
*Signature of the attorney or unrepresented party*

_____Richard Markowitz_____
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| First Ascent Worldwide LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01792

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
　　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from　　　05/15/2020　　　, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:　　　09/21/2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Alan E. Schoenfeld
　　　　　　　　　　　　　　　　　　　　　　　*Signature of the attorney or unrepresented party*

Routt Capital Trust
*Printed name of party waiving service of summons*

　　　　　　　　　　　　　　　　　　　　　　　Alan E. Schoenfeld
　　　　　　　　　　　　　　　　　　　　　　　*Printed name*
　　　　　　　　　　　　　　　　　　　　　　　WilmerHale
　　　　　　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　　　　　　250 Greenwich Street
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　alan.schoenfeld@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　　(212) 295-6401
　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

　　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Green Scale Management LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01926

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          05/15/2020          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      09/21/2020

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Richard Markowitz
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Green Scale Management LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.  19-cv-01926

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from              05/15/2020              , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      09/21/2020

Routt Capital Trust
*Printed name of party waiving service of summons*

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Skatteforvaltningen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   19-cv-01929 |
| Keystone Technologies LLC Roth 401(K) Plan, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   09/21/2020

| | |
|---|---|
| | /s/ Alan E. Schoenfeld |
| | *Signature of the attorney or unrepresented party* |
| Richard Markowitz | Alan E. Schoenfeld |
| *Printed name of party waiving service of summons* | *Printed name* |
| | WilmerHale |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | *Address* |
| | alan.schoenfeld@wilmerhale.com |
| | *E-mail address* |
| | (212) 295-6401 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Keystone Technologies LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01929

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

  I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

  I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

  I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   ____09/21/2020____

                /s/ Alan E. Schoenfeld
              *Signature of the attorney or unrepresented party*

____Routt Capital Trust____
*Printed name of party waiving service of summons*

                Alan E. Schoenfeld
                  *Printed name*
                  WilmerHale
                7 World Trade Center
                250 Greenwich Street
                New York, NY 10007
                   *Address*

           alan.schoenfeld@wilmerhale.com
                 *E-mail address*

             (212) 295-6401
               *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

  Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

  "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

  If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

  If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Loggerhead Services LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01806

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          05/15/2020          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     09/21/2020

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Richard Markowitz
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Loggerhead Services LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01806

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             05/15/2020             , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        09/21/2020

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Routt Capital Trust
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| PAB Facilities Global LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01808

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   _____09/21/2020_____

_____
/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

_____Richard Markowitz_____
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
_____
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| PAB Facilities Global LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01808

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   09/21/2020

_____
Routt Capital Trust
*Printed name of party waiving service of summons*

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Skatteforvaltningen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   18-cv-04833 |
| Raubritter LLC Pension Plan, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   _____09/21/2020_____                                                      /s/ Alan E. Schoenfeld
                                                                                *Signature of the attorney or unrepresented party*

_____Richard Markowitz_____                              _____Alan E. Schoenfeld_____
*Printed name of party waiving service of summons*                                   *Printed name*
                                                                                WilmerHale
                                                                                7 World Trade Center
                                                                                250 Greenwich Street
                                                                                New York, NY 10007
                                                                                *Address*

                                                                                alan.schoenfeld@wilmerhale.com
                                                                                *E-mail address*

                                                                                (212) 295-6401
                                                                                *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Roadcraft Technologies LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01812

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          05/15/2020          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:          09/21/2020

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Richard Markowitz
*Printed name of party waiving service of summons*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Roadcraft Technologies LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01812

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        05/15/2020        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        09/21/2020

Printed name of party waiving service of summons

Routt Capital Trust
*Printed name of party waiving service of summons*

/s/ Alan E. Schoenfeld
*Signature of the attorney or unrepresented party*

Alan E. Schoenfeld
*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

alan.schoenfeld@wilmerhale.com
*E-mail address*

(212) 295-6401
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| Trailing Edge Productions LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-01815

## WAIVER OF THE SERVICE OF SUMMONS

To:   John T. McGoey

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            05/15/2020            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      09/21/2020

/s/ Alan E. Schoenfeld

*Signature of the attorney or unrepresented party*

Richard Markowitz

*Printed name of party waiving service of summons*

Alan E. Schoenfeld

*Printed name*
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Address*

alan.schoenfeld@wilmerhale.com

*E-mail address*

(212) 295-6401

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-cv-01815 |
| Trailing Edge Productions LLC Roth 401(K) Plan, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  John T. McGoey
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____05/15/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____09/21/2020_____                                    /s/ Alan E. Schoenfeld
                                                                                        *Signature of the attorney or unrepresented party*

_____Routt Capital Trust_____                              Alan E. Schoenfeld
*Printed name of party waiving service of summons*              *Printed name*
                                                                                        WilmerHale
                                                                                        7 World Trade Center
                                                                                        250 Greenwich Street
                                                                                        New York, NY 10007
                                                                                        *Address*

                                                                                        alan.schoenfeld@wilmerhale.com
                                                                                        *E-mail address*

                                                                                        (212) 295-6401
                                                                                        *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.