**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION,

This paper applies to:

1:18-cv-05147, 1:18-cv-05150, 1:18-cv-05151, 1:18-cv-05158,
1:18-cv-05164, 1:18-cv-05180, 1:18-cv-05183, 1:18-cv-05185,
1:18-cv-05186, 1:18-cv-05188, 1:18-cv-05189, 1:18-cv-05190,
1:18-cv-05192, 1:18-cv-05193, 1:18-cv-05194, 1:18-cv-05307.

MASTER DOCKET
1:18-md-02865 (LAK)

## NOTICE OF MOTION OF
## THE LAW FIRM OF POULOS LOPICCOLO PC
## SEEKING LEAVE TO WITHDRAW AS COUNSEL TO
## DEFENDANTS GAVIN CRESCENZO AND HIS ASSOCIATED PENSIONS PLANS

**PLEASE TAKE NOTICE** that the undersigned attorney of record shall move the Court

before the Honorable Lewis A. Kaplan, U.S.D.J., at Courtroom 21B of the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a

day and at a time to be determined by the Court, pursuant to Local Civil Rule 1.4, for an Order

granting leave for the law firm of Poulos LoPiccolo PC to withdraw as counsel for Defendants

Gavin Crescenzo, The Aria Pension Plan, The Belforte Pension Plan, The Bravos Advisors 401K

Plan, The Costello Advisors Pension Plan, The Eskin Pension Plan, The Fieldcrest Pension Plan,

The Westport Advisors LLC 401K Plan, The Kodiak Capital Pension Plan, The Kyber Pension

Plan, The Lerici Capital Pension Plan, The Ludlow Holdings 401K Plan, The Regoleth Pension

Plan, The Saba Capital LLC 401K Plan, The West River Pension Plan, The Stark Pension Plan,

and The Krabi Holdings LLC 401K Plan, all in the above-captioned action(s); and

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Movant shall rely upon (a) the Declaration of Joseph LoPiccolo, Esq. and (b) the Memorandum of Law in Support of Counsel's Withdrawal; and

**PLEASE TAKE FINAL NOTICE** that pursuant to Local Civil Rule 1.4, the law firm of Poulos LoPiccolo PC is not asserting a retaining or charging lien in this matter.

Respectfully submitted,

**POULOS LOPICCOLO PC**

___**s/ *Joseph LoPiccolo***___

Joseph LoPiccolo, Esq.
1460 Broadway
15th Floor, Suite No. 15003
New York, New York 10036
Tel: (732) 757-0165
Fax: (732) 358-0180
Email: lopiccolo@pllawfirm.com

Dated: New York, New York
June 26, 2023

- 2 -