# UNITED STATES DISTRICT COURT **MEMO ENDORSED**
## SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DATE FILED: 1-9-24

---

IN RE CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND SCHEME
LITIGATION

This document relates to case nos.: 19-cv-01785;
19-cv-01781; 19-cv-01800; 19-cv-01791; 19-cv-01803;
19-cv-01801; 19-cv-01809; 19-cv-01810; 19-cv-01812;
19-cv-01813; 19-cv-01818; 19-cv-01918; 18-cv-10129;
18-cv-09590; 18-cv-04767; 18-cv-05147; 18-cv-05150;
18-cv-05151; 18-cv-05158; 18-cv-05164; 18-cv-05180;
18-cv-05183; 18-cv-05185; 18-cv-05186; 18-cv-05188;
18-cv-05189; 18-cv-05190; 18-cv-05192; 18-cv-05193;
18-cv-05194; 18-cv-05299; 18-cv-05300; 18-cv-05305;
18-cv-05308; 18-cv-05309; 18-cv-10098; 18-cv-10099;
18-cv-09565; 18-cv-09587; 18-cv-09589; 18-cv-09650;
18-cv-09665; 18-cv-09666; 18-cv-09668; 18-cv-09669;
18-cv-10133; 18-cv-09570; 19-cv-01788; 19-cv-01783;
19-cv-01794; 19-cv-01798; 19-cv-07824; 18-cv-07827;
18-cv-07828; 18-cv-07829; 19-cv-01866; 19-cv-01813;
19-cv-01867; 18-cv-04434; 19-cv-01808; 19-cv-01810;
19-cv-01894; 19-cv-01895; 19-cv-01898; 19-cv-01904;
19-cv-01906; 19-cv-01911; 18-cv-04833; 19-cv-01924;
19-cv-01865; 19-cv-01930; 19-cv-01893

MASTER DOCKET

18-md-2865 (LAK)

Motion granted, substantially for the reasons
given by plaintiff. Defendants' arguments are
entirely without merit for reasons aptly
summarized in plaintiff's reply memorandum.

SO ORDERED.

*[signature]*

USDJ

1/9/2024

## NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S
## MOTION TO STRIKE CONFIDENTIAL DESIGNATIONS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and

Declaration of Marc Weinstein dated December 19, 2023 and the exhibits annexed thereto,

plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court

before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be

determined by the Court, for an order striking certain defendants' designations of certain